

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00396-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Irene Rios, Justice

Delivered and Filed: July 24, 2019

ORIGINAL PROCEEDING DISMISSED FOR WANT OF PROSECUTION

On June 13, 2019, relator filed a "Request for Extension of Time to File Petition for Writ of Mandamus." Although there was no due date pending by which to file a petition, on June 17, 2019, this court ordered relator to file a petition no later than July 8, 2019. Our June 17 order cautioned relator that if he did not file a petition by July 8, 2019, this proceeding would be dismissed for want of prosecution. Relator has not filed a petition; therefore, we dismiss this original proceeding for want of prosecution.

PER CURIAM

---

[1] This proceeding arises out of Cause No. CV-19-0000010, styled *John M. Donohue Ex Parte*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable M. Rex Emerson presiding.